# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 5, 2025

Lyle W. Cayce
Clerk

No. 25-10871

Securities and Exchange Commission,

*Plaintiff—Appellee*,

Cortney Christopher Thomas,

*Appellee*,

*versus*

Timothy Barton,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

ORDER:

IT IS ORDERED that Appellant's opposed motion to strike the appearance of attorney Craig Alan Carrillo is DENIED.

*Leslie H. Southwick*

Leslie H. Southwick
*United States Circuit Judge*