# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 5, 2025

Lyle W. Cayce
Clerk

No. 25-10871

Securities and Exchange Commission,

*Plaintiff—Appellee*,

Cortney Christopher Thomas,

*Appellee*,

*versus*

Timothy Barton,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of September 5, 2025, for want of prosecution. The appellant failed to timely pay the fee.

**A True Copy**
**Certified order issued Sep 05, 2025**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: ________________________
Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT