# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Securities and Exchange Commission,
Plaintiff–Appellee,

v.

Timothy Barton,
Defendant–Appellant.

U.S. COURT OF APPEALS
RECEIVED
Sep 09, 2025
FIFTH CIRCUIT

No. 25-10871 -------------------------------------

## MOTION TO CORRECT CAPTION

Defendant–Appellant, Timothy Barton, respectfully moves this Honourable Court to correct the caption in the above-referenced appeal. In support thereof, Appellant states as follows:

1. On July 22, 2025 the notice of appeal was duly filed to challenge the district court's orders in *Securities and Exchange Commission v. Barton*, No. 3:22-cv-2118 (N.D. Tex.).

2. Upon docketing the appeal, the Clerk's Office mistakenly included "Cortney Christopher Thomas" as an appellee in the caption.

3. Mr. Thomas is not a party to this appeal and is not a proper appellee. His inclusion in the caption appears to have resulted from a clerical error stemming from the district court docket, where he was listed in his capacity as a receiver, rather than any issue arising from the actual district court or agency record.

4. This Court has the inherent authority to correct clerical mistakes in its own records, including correcting the caption to accurately reflect the parties in this appeal.

5. To prevent confusion and ensure accuracy of the record, Appellant respectfully requests that the caption be amended to reflect the correct parties in this appeal, namely the Securities and Exchange Commission as the Plaintiff–Appellee and Timothy Barton as the Defendant–Appellant.

**RELIEF REQUESTED**

For the foregoing reasons, Appellant respectfully requests that this Court issue an order correcting the caption to read as follows:

Securities and Exchange Commission,
Plaintiff–Appellee,

v.

Timothy Barton,
Defendant–Appellant.

Respectfully submitted,

*/s/ Timothy L. Barton*

Timothy L. Barton
PRO SE
1846 East Rosemeade Parkway, #232 Carrollton, TX 75007
(214) 914-3811
*timothy.barton@proton.me*

## CERTIFICATE OF SERVICE

I certify that on September 9, 2025, this document was electronically filed with the clerk of the court for the U.S. Court of Appeals for the Fifth Circuit and served through CM/ECF upon all counsel of record in this case.

*/s/ Timothy Barton*
Timothy Barton

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Securities and Exchange Commission,
Plaintiff–Appellee,

v.

Timothy Barton,
Defendant–Appellant.

No. 25-10871 --------------------------------------

## [PROPOSED] ORDER GRANTING MOTION TO CORRECT CAPTION

Upon consideration of Defendant–Appellant's Motion to Correct Caption, and for good cause shown, it is hereby

**ORDERED** that the caption in the above-referenced appeal be amended to reflect the correct parties and be corrected to read as follows:

> **Securities and Exchange Commission**,
> Plaintiff–Appellee,
>
> v.
>
> **Timothy Barton**,
> Defendant–Appellant.

**SO ORDERED** this ___ day of __________, 2025.

Honorable Judge Name
United States Court of Appeals for the Fifth Circuit