# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 12, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-10871 SEC v. Barton
USDC No. 3:22-CV-2118

The court has granted appellant's motion to reinstate the appeal. We request that the district court clerk forward the record and or exhibits to us within 15 days of this date.

Sincerely,

LYLE W. CAYCE, Clerk

By: Rebecca Andry
Rebecca Andry, Deputy Clerk
504-310-7638

Mr. Timothy Barton
Mr. Keefe Michael Bernstein
Mr. Craig Alan Carrillo
Mr. Ezekiel Levenson Hill
Ms. Karen S. Mitchell
Mr. Cortney Christopher Thomas