**No. 25-10871**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

---

SECURITIES AND EXCHANGE COMMISSION,
*Plaintiff-Appellee*,

v.

TIMOTHY BARTON,
*Defendant-Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
No. 3:22-cv-02118-X

---

# MOTION OF APPELLEE SECURITIES AND EXCHANGE COMMISSION FOR STAY OF RESPONSE DEADLINE DUE TO LAPSE OF APPROPRIATIONS

---

EZEKIEL L. HILL
*Appellate Counsel*

Securities and Exchange
Commission
100 F Street, N.E.
Washington, D.C. 20549
202.551.7724
hillez@sec.gov

Appellee Securities and Exchange Commission respectfully requests that the deadline for its response to appellant Timothy Barton's "Motion for Stay of Receiver Actions Pending Appeal" be stayed due to a lapse in funding.

1. On October 10, 2025, Mr. Barton emailed the above-referenced motion to counsel for the Commission and stated that the motion had been "submitted today for filing" in this matter.

2. In *SEC v. Barton*, 135 F.4th 206 (5th Cir. 2025), this Court affirmed the district court's November 29, 2023 order appointing a receiver. In this appeal, Mr. Barton appeals from the district court's June 23, 2025 order that amended the November 29, 2023 order to require Mr. Barton to "obtain leave of the [district court] before filing any grievance or complaint with any state bar, or any such complaint as would require the [r]eceiver or his counsel to expend the assets of the [r]eceivership estate in defense." Dkt. 650 at 18.

3. Mr. Barton's motion seeks "a stay of all receiver actions . . . through final resolution of [this] appeal."

4. As of October 1, 2025, the appropriations act that had been funding the Commission expired and appropriations to the Commission lapsed. The Commission does not know when funding will be restored by Congress.

5. Absent an appropriation, Commission attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

6. The Commission therefore requests that the deadline for its response to Mr. Barton's motion be stayed until Congress has restored appropriations to the Commission.

7. If this motion is granted, the Commission will notify this Court as soon as Congress has appropriated funds for the Commission. The Commission requests that the deadline for its response be ten days after that notification.

Respectfully submitted,

*<u>/s/ Ezekiel L. Hill</u>*
EZEKIEL L. HILL
*Appellate Counsel*

Securities and Exchange
Commission

100 F Street, N.E.
Washington, D.C. 20549
202.551.7724
hillez@sec.gov

October 14, 2025

# CERTIFICATE OF SERVICE AND FILING

I certify that on October 14, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Fifth Circuit through the Court's CM/ECF system. Service on counsel of record will be accomplished through the Court's CM/ECF system. I further certify that on the same date I caused the foregoing motion to be served on appellant Timothy Barton via email (timothy.barton@proton.me) and U.S. mail (1846 E. Rosemeade Parkway Unit 232, Carrollton, Texas 75007).

I further certify that this electronic filing is an exact copy of the paper document, that any privacy redactions have been made, and that this electronic filing was scanned for, and found to be free of, viruses.

*/s/ Ezekiel L. Hill*
Ezekiel L. Hill

Dated: October 14, 2025

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 308 words, excluding the parts exempted by Fed. R. App. P. 32(f).

I further certify that the foregoing motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5)(A) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced, Roman-style, 14-point typeface.

*/s/ Ezekiel L. Hill*
Ezekiel L. Hill

Dated: October 14, 2025