# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 17, 2025
Lyle W. Cayce
Clerk

No. 25-10871

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff—Appellee*,

*versus*

TIMOTHY BARTON,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

UNPUBLISHED ORDER

Before SOUTHWICK, DUNCAN, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Appellant's motion for stay pending appeal is DENIED.

IT IS FURTHER ORDERED that Appellant's motion for an administrative stay is GRANTED, which will continue until further order of this court.

IT IS FURTHER ORDERED that Appellee's opposed motion to stay further proceedings, including staying the response to the motion for stay pending appeal, due to a lapse in government funding is DENIED.

Upon receipt of the Appellee's response, the court will reconsider the motion for a stay pending appeal.