# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 04, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-10871 SEC v. Barton
USDC No. 3:22-CV-2118

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: ____________________________
Casey A. Sullivan, Deputy Clerk
504-310-7642

Mr. Timothy Barton
Mr. Keefe Michael Bernstein
Mr. Ezekiel Levenson Hill