**IN THE UNITED STATES COURT OF**

**APPEALS FOR THE FIFTH CIRCUIT**

Securities and Exchange Commission,
Plaintiff–Appellee,

v.

Timothy Barton,
Defendant–Appellant.

No. 25-10871 -------------------------------------

**APPELLANT'S MOTION FOR A 14-DAY**
**EXTENSION OF TIME TO FILE OPENING BRIEF**

Appellant Timothy Barton respectfully moves, under 5th Cir. R. 31.4 and FRAP 26(b), for a 14-day Level-1 extension of the deadline to file his opening brief, which is due today. The requested extension would make the new due date November 26, 2025. This request is made in good faith and not for purposes of delay.

**1. Relief Requested**

Appellant requests that the Court extend the time to file the opening brief by 14 days, from November 12, 2025 to November 26, 2025.

**2. Procedural Posture and Good Cause (5th Cir. R. 31.4)**

- The opening brief is currently due today.

- This appeal challenges the district court's receivership order and involves a voluminous record and overlapping issues with related proceedings.

- Appellant has been diligently drafting but requires limited additional time to (i) finalize citation-checked arguments keyed to ROA pagination; (ii) reconcile authorities used by the SEC, the Receiver, and in prior related appeals; and (iii) ensure full compliance with FRAP 28/FRAP 32 and 5th Cir. local rules.

- Appellant anticipates the requested 14 days will be sufficient; no further extensions are expected.

- No prejudice will result to Appellee from this short extension, and granting it will assist the Court by ensuring a clear, fully conforming brief.

**3. Prior Extensions**

None requested in this appeal.

**4. Conference (5th Cir. R. 27.4)**

Counsel for Appellee SEC have been contacted [today via email in this regard and Appellee takes no position, therefore, the Appellant assumes Appellee as opposed.

## 5. Certification

Undersigned certifies this motion is filed in good faith, for good cause, and not for purposes of delay. See 5th Cir. R. 31.4.

## Prayer

Appellant respectfully requests that the Court extend the deadline to file the opening brief to November 26, 2025 and grant such other relief as is just.

Dated: November 12, 2025

Respectfully submitted,

*/s/ Timothy L. Barton*
Timothy L. Barton
PRO SE
1846 East Rosemeade Parkway,
#232 Carrollton, TX 75007
(214) 914-3811
*timothy.barton@proton.me*

## CERTIFICATE OF COMPLIANCE

This motion complies with FRAP 27(d)(2) because it contains 310 words (excluding the parts exempted by FRAP 32(f)), as counted by the word-processing system used to prepare this motion. It also complies with FRAP 32(a)(5)–(6) regarding typeface and style.

*/s/ Timothy L. Barton*
**Timothy Barton, Pro Se**

---

## CERTIFICATE OF ELECTRONIC COMPLIANCE

I certify that (1) required privacy redactions have been made, 5th Cir. R. 25.2.13 and FRAP 25(a)(5); (2) this electronic submission is an exact copy of any paper version that may later be requested, 5th Cir. R. 25.2.1; and (3) the PDF was scanned with [Windows 11 – Virus and Threat Protection] and is virus-free.

*/s/ Timothy L. Barton*
**Timothy Barton, Pro Se**

**CERTIFICATE OF SERVICE**

As per (FRAP 25(d)), on November 12, 2025, I served this motion by email on the following counsel:

- Ezekiel L. Hill,
  hillez@sec.gov,
  U.S. Securities and Exchange Commission,
  Office of General Counsel
  100 F St., N.E., Washington, DC 20549.
- Keefe M. Bernstein,
  bernsteink@sec.gov,
  U.S. Securities and Exchange Commission,
  Trial Unit, Suite 1900
  801 Cherry St., Fort Worth, TX 76102.

*/s/ Timothy L. Barton*
**Timothy Barton, Pro Se**

**IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

Securities and Exchange Commission,
Plaintiff–Appellee,

v.

Timothy Barton,
Defendant–Appellant.

No. 25-10871 -------------------------------------

**[PROPOSED] ORDER**

Appellant's Motion for a 14-Day Extension of Time to File Opening Brief is GRANTED. Appellant shall file his opening brief on or before November 26, 2025.

IT IS SO ORDERED.

Dated: ______________, 2025

______________________________________________

Clerk of Court (by direction) / Judge, Fifth Circuit