**IN THE UNITED STATES COURT OF**
**APPEALS FOR THE FIFTH CIRCUIT**

Securities and Exchange Commission,
Plaintiff–Appellee,

v.

Timothy Barton,
Defendant–Appellant.

No. 25-10871 -------------------------------------

# APPELLANT'S SUPPLEMENTAL CERTIFICATE OF CONFERENCE REGARDING MOTION FOR 14-DAY EXTENSION OF TIME TO FILE OPENING BRIEF

Appellant Timothy L. Barton respectfully submits this Supplemental Certificate of Conference to update the conference status of his Appellant's Motion for a 14-Day Extension of Time to File Opening Brief.[1]

At the time the motion was filed, Appellant had not yet received a response from counsel for Appellee Securities and Exchange Commission and therefore indicated that he assumed Appellee was opposed.

[1] *App. Dkt. 70*

After filing the motion, Appellant has further conferred with counsel for Appellee. Counsel for the Securities and Exchange Commission has now confirmed that Appellee does not oppose the relief requested in Appellant's motion for a 14-day extension of time to file the opening brief.

Accordingly, Appellant respectfully requests that the Court treat his motion for a 14-day extension of time to file the opening brief as unopposed.

Dated: November 13, 2025

Respectfully submitted,

*/s/ Timothy L. Barton*
Timothy L. Barton
PRO SE
1846 East Rosemeade Parkway,
#232 Carrollton, TX 75007
(214) 914-3811
*timothy.barton@proton.me*

## CERTIFICATE OF COMPLIANCE

This motion complies with FRAP 27(d)(2) because it contains 310 words (excluding the parts exempted by FRAP 32(f)), as counted by the word-processing system used to prepare this motion. It also complies with FRAP 32(a)(5)–(6) regarding typeface and style.

*/s/ Timothy L. Barton*
**Timothy Barton, Pro Se**

---

## CERTIFICATE OF ELECTRONIC COMPLIANCE

I certify that (1) required privacy redactions have been made, 5th Cir. R. 25.2.13 and FRAP 25(a)(5); (2) this electronic submission is an exact copy of any paper version that may later be requested, 5th Cir. R. 25.2.1; and (3) the PDF was scanned with [Windows 11 – Virus and Threat Protection] and is virus-free.

*/s/ Timothy L. Barton*
**Timothy Barton, Pro Se**

---

## CERTIFICATE OF CONFERENCE

I certify that on November 13, 2025, I conferred with counsel for Appellee, the Securities and Exchange Commission, regarding Appellant's Motion for a 14-Day Extension of Time to File the Opening Brief. Counsel for Appellee, Mr. Ezekiel Hill, has confirmed that the motion is unopposed.

*/s/ Timothy L. Barton*
**Timothy Barton, Pro Se**

## CERTIFICATE OF SERVICE

I certify that on November 13, 2025, I electronically filed this Supplemental Certificate of Conference with the Clerk of the Court using the CM/ECF system. I understand that the CM/ECF system will serve notice of this filing on all registered counsel of record, including:

- Ezekiel L. Hill,
  hillez@sec.gov,
  U.S. Securities and Exchange Commission,
  Office of General Counsel
  100 F St., N.E., Washington, DC 20549.
- Keefe M. Bernstein,
  bernsteink@sec.gov,
  U.S. Securities and Exchange Commission,
  Trial Unit, Suite 1900
  801 Cherry St., Fort Worth, TX 76102.

*/s/ Timothy L. Barton*
**Timothy Barton, Pro Se**