# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 14, 2025

Mr. Timothy Barton
1846 E. Rosemeade Parkway
Unit 232
Carrollton, TX 75007

No. 25-10871 SEC v. Barton
USDC No. 3:22-CV-2118

Dear Mr. Barton,

We received your certificate of conference for the motion to extend time. In light of it being filed as an extension request, this has been added to the motion filed on 11/12/2025, and we are taking no action on this as an additional motion.

Sincerely,

LYLE W. CAYCE, Clerk

By: ____________________________
Casey A. Sullivan, Deputy Clerk
504-310-7642

cc:
Mr. Keefe Michael Bernstein
Mr. Ezekiel Levenson Hill