**IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

Securities and Exchange Commission,
Plaintiff–Appellee,

v.

Timothy Barton,
Defendant–Appellant.

No. 25-10871 -------------------------------------

**APPELLANT'S UNOPPOSED MOTION FOR A 14-DAY EXTENSION OF TIME TO FILE OPENING BRIEF**

Appellant Timothy Barton respectfully moves, under 5th Cir. R. 31.4 and FRAP 26(b), for a 14-day Level-1 extension of the deadline to file his opening brief, which is currently due November 26, 2025 as per the last extension granted App Dkt. No 78. The requested extension would make the new due date December 10, 2025. Appellee SEC is unopposed to this request. This motion is made in good faith and not for purposes of delay.

**1. Relief Requested**

Appellant requests that the Court extend the time to file the opening brief by 14 days, from November 26, 2025 to December 10, 2025.

## 2. Procedural Posture and Good Cause (5th Cir. R. 31.4)

- The opening brief is currently due November 26, 2025, following a prior 14-day extension granted by the Court App. Dkt No. 70.

- This is a civil appeal; the combined extension of 28 days remains within the 40-day maximum permitted under 5th Cir. R. 31.4 and the Internal Operating Procedures for civil cases and qualifies as a Level-1 extension.

- This appeal challenges the district court's third receivership order and involves a voluminous record and overlapping issues with related proceedings.

- Appellant is proceeding pro se and, while diligently working on the brief, requires additional time to ensure thorough legal research, proper citation to the Record on Appeal, and full compliance with FRAP 28, FRAP 32, and 5th Cir. local rules.

- The complexity of the receivership issues, combined with Appellant's pro se status, necessitates additional time to present clear, well-organized arguments that will assist the Court in its review.

- Appellant anticipates the requested 14 days will be sufficient; no further extensions are expected.

- No prejudice will result to Appellee from this extension and granting it will assist the Court by ensuring a clear, fully conforming brief.

**3. Prior Extensions**

One prior extension of 14 days was requested and granted in this appeal App. Dkt No. 70, extending the deadline from November 12, 2025 to November 26, 2025.

**4. Conference (5th Cir. R. 27.4)**

Counsel for Appellee SEC has been contacted regarding this motion. Appellee is unopposed to the requested extension.

**5. Certification**

Undersigned certifies this motion is filed in good faith, for good cause, and not for purposes of delay .

**Prayer**

Appellant respectfully requests that the Court extend the deadline to file the opening brief to December 10, 2025 and grant such other relief as is just.

Dated: November 25, 2025

Respectfully submitted,

*/s/ Timothy L. Barton*
Timothy L. Barton
PRO SE
1846 East Rosemeade Parkway,
#232 Carrollton, TX 75007
(214) 914-3811
*timothy.barton@proton.me*

## CERTIFICATE OF COMPLIANCE

This motion complies with FRAP 27(d)(2) because it contains 397 words (excluding the parts exempted by FRAP 32(f)), as counted by the word-processing system used to prepare this motion. It also complies with FRAP 32(a)(5)–(6) regarding typeface and style.

*/s/ Timothy L. Barton*
**Timothy Barton, Pro Se**

---

## CERTIFICATE OF ELECTRONIC COMPLIANCE

I certify that (1) required privacy redactions have been made, 5th Cir. R. 25.2.13 and FRAP 25(a)(5); (2) this electronic submission is an exact copy of any paper version that may later be requested, 5th Cir. R. 25.2.1; and (3) the PDF was scanned with [Windows 11 – Virus and Threat Protection] and is virus-free.

*/s/ Timothy L. Barton*
**Timothy Barton, Pro Se**

---

## CERTIFICATE OF CONFERENCE

I certify that on November 24, 2025, I conferred with counsel for Appellee, the Securities and Exchange Commission, regarding Appellant's Motion for a 14-Day Extension of Time to File the Opening Brief. Counsel for Appellee, Mr. Ezekiel Hill, has confirmed that the motion is unopposed.

*/s/ Timothy L. Barton*
**Timothy Barton, Pro Se**

## CERTIFICATE OF SERVICE

I certify that on November 13, 2025, I electronically filed this Supplemental Certificate of Conference with the Clerk of the Court using the CM/ECF system. I understand that the CM/ECF system will serve notice of this filing on all registered counsel of record, including:

- Ezekiel L. Hill,
  hillez@sec.gov,
  U.S. Securities and Exchange Commission,
  Office of General Counsel
  100 F St., N.E., Washington, DC 20549.
- Keefe M. Bernstein,
  bernsteink@sec.gov,
  U.S. Securities and Exchange Commission,
  Trial Unit, Suite 1900
  801 Cherry St., Fort Worth, TX 76102.

*/s/ Timothy L. Barton*
**Timothy Barton, Pro Se**