**No. 25-10871**

# In the
# United States Court of Appeals for the Fifth Circuit

**SECURITIES AND EXCHANGE COMMISSION,**

*Plaintiff-Appellee,*

**v.**

**TIMOTHY BARTON,**

*Defendants-Appellants.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-cv-02118-X

## APPELLANT'S NOTICE OF PROCEDURAL POSTURE AND REQUEST FOR CLARIFICATION

**Timothy L. Barton**
*Pro Se Appellant*
1846 E Rosemeade Pkwy,
#232 Carrollton, TX 75007
Tel: (214) 673-8714
Timothy.Barton@proton.me

Appellant Timothy Barton respectfully submits this Notice to apprise the Court of the procedural posture concerning the stay request referenced in this Court's prior order *App. Dkt No. 68*, and to ensure that the record remains clear while the district court addresses the matter in the first instance.

1. On November 4, 2025, this Court held that any request for stay pending appeal must first be presented to the district court under Federal Rule of Appellate Procedure 8(a)(1). Appellant has fully complied with that directive and filed an emergency stay motion in the district court N.D. Tex. SEC vs. Barton et. al. 3:22-cv-02118X ECF No. 691.

2. The district court docket reflects that the underlying civil action remains administratively closed. The district court has accepted the filing but has not indicated whether or when it will rule. Appellant does not ask this Court to direct any action by the district court.

3. In its response below, the Securities and Exchange Commission has taken the position that "the Fifth Circuit is the proper forum to consider any stay," N.D. Tex. SEC vs. Barton et. al. 3:22-cv-02118X ECF No. 694 notwithstanding this Court's instruction

that Appellant must first seek relief below. Appellant expresses no view on that position; it is noted only because the inconsistency raises uncertainty as to the proper procedural path.

4. Appellant files this Notice solely to inform the Court that the district-court motion is pending and to prevent any inference of delay or non-compliance. Appellant is prepared to file a renewed stay motion under Rule 8(a)(2) immediately upon the district court's ruling, consistent with this Court's sequencing requirement.

5. Appellant respectfully requests clarification as to whether any further action is required at this time to preserve the appellate record while the district court addresses the pending motion.

This filing seeks no substantive relief and does not ask this Court to intervene before the district court rules. It is submitted solely to keep the Court apprised of developments and to ensure procedural compliance with Rule 8(a).

Respectfully submitted,

*/s/Timothy L. Barton*
Timothy L. Barton
*Pro Se Appellant*
1846 E Rosemeade Pkwy,
#232 Carrollton, TX 75007
Tel: (214) 673-8714
Timothy.Barton@proton.me

Date: November 25, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/Timothy L. Barton*
Timothy L. Barton