Case: 25-10871 Document: 54-1 Page: 1 Date Filed: 12/22/2025

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
100 F STREET, N.E.
WASHINGTON, D.C. 20549

OFFICE OF THE
GENERAL COUNSEL

EZEKIEL L. HILL
(202) 551-7724
HILLEZ@SEC.GOV

December 22, 2025

Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

*Via ECF*

Re: *SEC v. Barton*, No. 25-10871

Dear Mr. Cayce,

I write on behalf of appellee Securities and Exchange Commission. The Commission's brief in the above-referenced matter is due January 9, 2026. The Commission respectfully requests that deadline be extended to February 9, 2026. The Commission requests this extension in light of counsel's engagement in other matters, including advising the Commission's Division of Enforcement on certain legal issues and representing the Commission in *Barton v. SEC*, No. 25-465 (U.S.) (response to petition for certiorari due January 26, 2026), other appeals by Mr. Barton before this Court (Nos. 25-11043, 25-11044) (various upcoming deadlines), and *SEC v. DiRicco*, No. 25-2079 (9th Cir.) (brief currently due January 7, 2026). No other extension of the deadline for the Commission's brief in this appeal has been sought or granted. Mr. Barton does not oppose the requested extension. Thank you for your consideration.

Sincerely,

*/s/ Ezekiel L. Hill*
Ezekiel L. Hill

cc: Timothy Barton (via ECF)