# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 23, 2025

Mr. Ezekiel Levenson Hill
Securities and Exchange Commission
Office of General Counsel
100 F Street, N.E.
Washington, DC 20549

No. 25-10871 SEC v. Barton
USDC No. 3:22-CV-2118

Dear Mr. Hill,

We received your letter request for extension of time to file the appellee brief. In light of being incorrectly filed, we are taking no action on this request.

Please file the letter request for extension of time using the event "ECF Attorney Extension Request", found under the brief category.

Sincerely,

LYLE W. CAYCE, Clerk

By: ____________________________
Casey A. Sullivan, Deputy Clerk
504-310-7642

cc:
Mr. Timothy Barton
Mr. Keefe Michael Bernstein