# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
May 27, 2026

Lyle W. Cayce
Clerk

No. 25-10871

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff—Appellee*,

*versus*

TIMOTHY BARTON,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

ORDER:

IT IS ORDERED that Appellant's unopposed motion for an extension of 30 days to and including June 29, 2026 to file his response to the court's show cause order on why sanctions should not be imposed is GRANTED.

Don R. Willett

DON R. WILLETT
*United States Circuit Judge*