# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 06, 2026

Mr. Timothy Barton
1846 E. Rosemeade Parkway
Unit 232
Carrollton, TX 75007

No. 25-10871 SEC v. Barton
USDC No. 3:22-CV-2118

Dear Mr. Barton,

We have filed your Petition for Rehearing En Banc. However, it has the following deficiencies. Unless the deficiencies is corrected within 10 days from this date, we will forward the document to the court to be stricken.

Rehearing does not include a statement of the issue(s) asserted to merit en banc consideration (En Banc) 5th Cir. R. 40.2.2.4

Rehearing does not include a statement of the course of proceedings and disposition of the case (En Banc) 5th Cir. R. 40.2.2.5

Rehearing does not include a statement of the facts (En Banc) 5th Cir. R. 40.2.2.6

Rehearing does not include a copy of the court's opinion, see 5th Cir. R. 40.1.1 and 5th Cir. R. 40.2.2.10.

Once you have prepared your sufficient rehearing, you must email it to: **Lisa_Ferrara@ca5.uscourts.gov** for review. If the rehearing is in compliance, you will receive a notice of docket activity advising you that the sufficient rehearing has been filed.

Sincerely,

LYLE W. CAYCE, Clerk

By: Lisa E. Ferrara
Lisa E. Ferrara, Deputy Clerk
504-310-7675

cc:
Mr. Keefe Michael Bernstein
Mr. Ezekiel Levenson Hill