# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 5, 2026

Lyle W. Cayce
Clerk

No. 25-10871

Securities and Exchange Commission,

*Plaintiff—Appellee*,

*versus*

Timothy Barton,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

UNPUBLISHED ORDER

Before Richman, Southwick, and Willett, *Circuit Judges*.

Per Curiam:

We previously directed Appellant Timothy Barton to show cause why sanctions should not be imposed for filing a frivolous appeal. That order followed our earlier admonition that "[f]urther appeals [concerning this receivership] will be viewed with skepticism and will incur sanctions if deemed frivolous." *SEC v. Barton*, 170 F.4th 938, 946 n.8 (5th Cir. 2026). Barton has now filed at least thirteen appeals arising from this receivership in the past three years. As we previously observed, those appeals "have

impacted the management of the receivership estate, significantly reduced funds potentially available to ultimate beneficiaries of the receivership, and expended court resources." *Id.*

Even so, we decline to impose sanctions in this instance. Barton filed this appeal before receiving our express warning that future frivolous appeals could result in sanctions. Given that timing—and mindful of his pro se status—we conclude that a monetary sanction is not warranted at this time.

This disposition should not be mistaken for indulgence. Having now received unmistakable notice, Barton should expect sanctions—not merely skepticism—if he pursues future frivolous appeals arising from this receivership.